**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

NEW ENGLAND PROPERTY SERVICES
GROUP, LLC,
     Plaintiff

v.                                                                 Civil Action No. 1:25-cv-308

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY NO.
RBR40076-02,
     Defendants

---

### DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:**

Petitioners, **Certain Underwriters at Lloyd's, London ("Underwriters"),** respectfully show this Court:

1.     The Petitioners are Defendants in the above-entitled action.

2.     On or about May 21, 2025, Plaintiff commenced an action against the Defendants in Providence County Superior Court, *New England Property Services Group, LLC vs. Certain Underwriters at Lloyd's, London*, C.A. No. PC-2025-02687.

3.     Upon information and belief, on or after June 3, 2025, Underwriters were notified of a Summons and the Complaint, mailed via Certified Mail to "Certain Underwriters at Lloyd's, London, 23 West 53rd Street, New York, NY 10019."  The Petitioners do not waive any rights to contest service was proper.

4.      A copy of the letter sent by the Plaintiff's in-house legal counsel is attached hereto as Exhibit 1[1].  The Petitioner notes that a proof of Service of Process is currently unavailable through the Rhode Island Judiciary's online portal.

5.      A copy of the Summons and Complaint (without original attachments) is attached hereto as Exhibit 2.

6.      Underwriters will be filing their Answer to the Complaint, and anticipate a Counterclaim for Declaratory Relief, following this Notice of Removal.  By filing this Notice of Removal and the Answer that will follow, the Petitioners reserve all claims and defenses, including, without limitation, those set forth in Fed. R. Civ. P. 12(b).

7.      No proceedings have been had in Providence County Superior Court.

8.      The above action wholly involves citizens of different countries in that at the time of the commencement of this action in Rhode Island, and since that time, the Plaintiff,  New England Property Services Group, LLC, is a Massachusetts limited liability company with a principal place of business in Fall River, Massachusetts; and Underwriters are domiciled in Great Britain.

9.      The above action is a civil action arising out of the handling of a first-party insurance claim relating to a reported loss at property owned by Sarkis Yepremian and Ademis Yepremian, individually or as trustees of the Ardemis Yepremian Trust, and understood to be residents of Rhode Island and represented to be Plaintiff's assignors, and located at 741-743-745

---

[1] The Defendants / Petitioners note that the Complaint references 29 exhibits thereto; only exhibit 1 to the Complaint is currently available and attached as part of Exhibit 1 to this Petition.

Reservoir Avenue, Cranston, Rhode Island, that reportedly was discovered and/or occurred on or about May 14, 2023 ("the Claim").

10.     The amount in controversy for the claims against the Defendants, exclusive of interest and costs, upon information and belief, is in excess of Seventy-Five Thousand ($75,000.00) Dollars.

11.     This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. sec. 1332, and removal of this action to this Court is proper pursuant to 28 U.S.C. sec. 1441.

12.     Upon information and belief, this Petition is filed with the Court within thirty (30) days of Underwriters'/ Petitioners' receipt of the Summons and Complaint served in this action.

13.     In compliance with 28 U.S.C. sec. 1446(d), the Petitioners will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Newport County Superior Court.

14.     Pursuant to Local Rule Cv 81, Petitioners will do whatever is necessary to ensure that the state court record is filed with this Court, including, if necessary, filing in this Court certified copies of all docket sheets and all documents filed Providence County Superior Court, relative to the above-entitled matter.

WHEREFORE, the Petitioners pray that the above-entitled action be removed from the Providence County Superior Court to this Court.

*/s/ Thomas B. Farrey, III*
THOMAS B. FARREY, III/#6457
JAMES T. HUGGARD/BBO# 6464
Burns & Farrey, P.C.
2 South Bolton Street
Marlborough, MA 01752
Telephone 508-756-6288
farrey@burnsandfarrey.com
huggard@burnsandfarrey.com

## CERTIFICATE OF SERVICE

I, JAMES T. HUGGARD, hereby certify that I have this date electronically filed/served the within document through the electronic filing system, and mailed a copy to:

Michael H. Brady
Nicholas G. Elias
New England Property Services Group, LLC
1822 North Main Street
Second Floor Annex Suite 001
Fall River, MA 02720
michael@newenglandpropertyservicesgroup.com
nicholas@newenglandpropertyservicesgroup.com

Providence Superior Court

DATED:  June 30, 2025                    */s/ Thomas B. Farrey, III*
                                         JAMES T. HUGGARD

JPM/

4889-3727-6376, v. 4

4